# UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| JOEIE PINEDA,<br><br>　　　Plaintiff,<br>v.<br><br>AMERICAN EXPRESS,<br>EQUIFAX, INC. and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>　　　Defendants. | **Case No.: 3:24-cv-01145-MMH-LLL** |
|---|---|

## NOTICE OF SETTLEMENT AS TO DEFENDANT, AMERICAN EXPRESS

**NOTICE IS HEREBY GIVEN** that Plaintiff, JOEIE PINEDA ("PLAINTIFF"), and Defendant, AMERICAN EXPRESS ("AMEX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to AMEX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendant, EQUIFAX, INC.

Date: 1/31/2025

                        BY: *s/ Jason S. Weiss*
                                Jason S. Weiss
                                Jason@jswlawyer.com
                                Florida Bar No. 0356890
                                **WEISS LAW GROUP, P.A.**
                                5531 N. University Drive, Suite 103
                                Coral Springs, FL 33067
                                Tel: (954) 573-2800
                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

                        BY: *s/ Jason S. Weiss*
                                Jason S. Weiss