# UNITED STATES DISTRICT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| JOEIE PINEDA,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS,<br>EQUIFAX, INC. and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>     Defendants. | **Case No.: 3:24-cv-01145-MMH-LLL** |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX, INC.

**NOTICE IS HEREBY GIVEN** that Plaintiff, JOEIE PINEDA ("PLAINTIFF"), and Defendant, EQUIFAX, INC. ("Defendant"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to Defendant once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Date: 2/13/2025

                                                    BY:  *s/ Jason S. Weiss*
                                                                Jason S. Weiss
                                                                Jason@jswlawyer.com
                                                                Florida Bar No. 0356890
                                                                **WEISS LAW GROUP, P.A.**
                                                                5531 N. University Drive, Suite 103
                                                                Coral Springs, FL 33067
                                                                Tel: (954) 573-2800
                                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss