# UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JOEIE PINEDA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | **Case No.: 3:24-cv-01145-MMH-LLL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JOEIE PINEDA ("Plaintiff"), and Defendants, AMERICAN EXPRESS NATIONAL BANK, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC. ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements.


Dated:           2/14/2025

| | |
|---|---|
| s/ *Jason S. Weiss*<br>Jason S. Weiss, Esq.<br>Florida Bar No. 356890<br>Jason@jswlawyer.com<br>**WEISS LAW GROUP, P.A**<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br><br>**ATTORNEYS FOR PLAINTIFF JOEIE PINEDA** | s/ *Elise K. Haverman*<br>Elise K. Haverman<br>(Bar. No.1003004)<br>**STEPTOE LLP**<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-8102<br>Facsimile: (202) 429-3902<br>ehaverman@steptoe.com<br>docketing@steptoe.com<br><br>**ATTORNEYS FOR DEFENDANT AMERICAN EXPRESS NATIONAL BANK** |
| s/ *Jason Daniel Joffe*<br>Jason Daniel Joffe<br>Florida Bar No. 0013564<br>**SQUIRE PATTON BOGGS (US) LLP**<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 577-7000<br>Facsimile: (305) 577-7001<br>jason.joffe@squirepb.com<br><br>**ATTORNEYS FOR DEFENDANT EQUIFAX, INC.** | s/ *Maria H. Ruiz*<br>Maria H. Ruiz<br>Florida Bar No. 182923<br>**KASOWITZ BENSON TORRES LLP**<br>1441 Brickell Avenue, Suite 1420<br>Miami, FL 33131<br>Telephone: (786) 587-1044<br>Facsimile: (305) 675-2601<br>MRuiz@Kasowitz.com<br><br>**ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |